# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

DONALD LANGRAM,                                    Case No. 24-CV-3305 (NEB/DLM)

        Petitioner,

v.                                                 ORDER ACCEPTING REPORT AND
                                        RECOMMENDATION

B. EISCHEN, FPC DULUTH,

        Respondent.

---

The Court has received the April 15, 2025 Report and Recommendation of United States Magistrate Judge Douglas L. Micko. (ECF No. 15.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.      The Report and Recommendation (ECF No. 15) is ACCEPTED;

2.      Petitioner Donald Langram's Petition for Writ of Habeas Corpus under 18 U.S.C. § 2241[1] (ECF No. 1) DENIED; and

3.      The action is DISMISSED WITHOUT PREJUDICE.

---

[1] The Court notes that Langram is no longer housed in the Federal Prison Camp in Duluth, Minnesota. He resides in a residential reentry management in Long Beach, California. *See* Federal Bureau of Prisons, Inmate Locator, https://www.bop.gov/inmateloc/ (last visited May 9, 2025).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 21, 2025                              BY THE COURT:

                                                 s/Nancy E. Brasel
                                                 Nancy E. Brasel
                                                 United States District Judge